PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

FILED
2024 APR 12 PM 4:04
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___DM___

IN THE UNITED STATES DISTRICT COURT

FOR THE __Western__ DISTRICT OF TEXAS

__Austin__ DIVISION

EMERGENCY WRIT REQUEST   1:24 CV 00391 DI
Application pretrial

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY *ad testificandum*

__Tae Hollenbeck__                     __Bell County__
PETITIONER                             CURRENT PLACE OF CONFINEMENT
(Full name of Petitioner)

                                                              restricted
vs. __Judge Paul Lepak and Judge Mitschian__    __N/A - on Bail__
__264th District Court,__                PRISONER ID NUMBER
__Bell County Justice Complex__
                                         __22 DCR 86493 - felony assault__
RESPONDENT                               CASE NUMBER
(Name of TDCJ Director, Warden, Jailor, or  (Supplied by the District Court Clerk)
authorized person having custody of Petitioner)
and                                      __22 CCR 05001 - trespass__
__Frederick W. Burns + Dan Egan__
Assistant District Attorneys             __22 CCR 04470 - simple__
Bell County court

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

What are you challenging? (Check all that apply)

*handwritten: No probable cause of any felony assault crime*

☐ A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)

☐ A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)

☐ A disciplinary proceeding. (Answer Questions 1-4, 15-19 & 20-25) *handwritten: No probable cause for a*

☒ Other: _Factual Innocence_ (Answer Questions 1-4, 10-11 & 20-25)

All petitioners must answer questions 1-4: _Federal U.S. Constitutional Due process, ineffective assistance of counsel, selective prosecution_

Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _unlawful & illegal grand jury indictment and failure of notice hearing for cause and wrongful illegal bail and conditions_

   _District Court #264 - Judge Paul Lepak_
   _County Court #2 - Judge Mitschiau_
   _Bell County Courthouse, Belton, TX_

2. Date of judgment of conviction: _Sept 2022 - Excessive Bail_
   _Feb 22nd 2023 - True Bill Grand jury Indictment_ *illegal*

3. Length of sentence: _N/A_

4. Identify the docket numbers (if known) and all crimes of which you were convicted *charged* that you wish to challenge in this habeas action:

   _22 DCR 86493 - felony assault_
   _22 CCR 65001 - simple assault_
   _22 CCR 04470 - simple trespass_

-2-

## Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:

5. What was your plea? (Check one)   ☐ Not Guilty   ☐ Guilty   ☐ Nolo Contendere
   ☐ No post indictment hearing

6. Kind of trial: (Check one)   ☐ Jury   ☐ Judge Only

7. Did you testify at trial?   ☐ Yes   ☒ No

8. Did you appeal the judgment of conviction?   ☐ Yes   ☐ No   true Bill grand jury indictment was concealed & suppressed

9. If you did appeal, in what appellate court did you file your direct appeal? yes
   direct to bell county as memorandum
   Cause Number (if known) _____
   with no response + refusal to respond
   What was the result of your direct appeal (affirmed, modified or reversed)? No response for relief.
   What was the date of that decision? substantial time had passed since memorandum and grand jury indictment with no relief possible due to ineffective assist. council
   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:
   Grounds raised: FACTUAL INNOCENCE - as innocent disabled veteran
   Result: wrongfully charge due to fabricated & false evidence
   Date of result: No court responses   Cause Number (if known): _____

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:
   Result: No court response
   Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.   ☒ Yes   ☐ No
    Judge David Blackburn

11. If your answer to 10 is "Yes," give the following information:
    Name of court: Bell County District Court #264 and chief judicial committee or clerk and ombudsman
    Nature of proceeding: N/A
    Cause number (if known): _____

-3-

Sept 2023 for relief on wrongful detention

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _August ~~2~~ 2022 Motion for Bail and reduced Bail_

Grounds raised: _wrongful detention, illegal detention, unlawful,_

Date of final decision: _Bail released on Bail pending trial_

What was the decision? _released on Bail pending trial_

Name of court that issued the final decision: ____

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: ____

Nature of proceeding: ____

Cause number (if known): _see attached memos_

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: ____

Grounds raised: _See Attached habeas corpus memoranda_

Date of final decision: ____

What was the decision? ____

Name of court that issued the final decision: ____

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?    ☐ Yes   ☒ No

   (a) If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future: ____

   (b) Give the date and length of the sentence to be served in the future: ____

  (c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future? ☐ Yes ☐ No

**Parole Revocation:**

13. Date and location of your parole revocation: _____

14. Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation? ☐ Yes ☐ No

  If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon?
  ☐ Yes ☐ No

16. Are you eligible for release on mandatory supervision? ☐ Yes ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _____

  Disciplinary case number: _____

  What was the nature of the disciplinary charge against you? _____

18. Date you were found guilty of the disciplinary violation: _____

  Did you lose previously earned good-time days? ☐ Yes ☐ No

  If your answer is "yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _____

  Identify all other punishment imposed, including the length of any punishment if applicable and any changes in custody status: _____

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?
  ☐ Yes ☐ No

  If your answer to Question 19 is "yes," answer the following:

  Step 1 Result: _____

Date of Result: _____

Step 2 Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    <u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

A. GROUND ONE: _Factual Innocente_
   _lack of probable cause, and absolute innocet of charges_
   _and illegal unlawful Grand jury indictment_
   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
   _See Attached memorandy_
   _and exhibits_

B. GROUND TWO: _Due process violations_

   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
   _See Attached memorandums_
   _and Attached exhibits_

-6-

C.  GROUND THREE: _Selective prosecution for like crimes committed_

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See attached memorandum and exhibits

D.  GROUND FOUR: _Prosecutorial misconduct - willful & intentional introduction of false evidence_

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

attached memorandum and exhibits

21. Relief sought in this petition: To remove the illegal and unlawful restraint of liberty for a felony crime that never existed. And to remove the illegal bail and its restrictions.

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition?   ☐ Yes  ☒ No
If your answer is "yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice or (c) denied.

_____

_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition as required by 28 U.S.C. § 2244(b)(3) and (4)?   ☐ Yes  ☐ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☒ Yes  ☐ No

If your answer is "yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

_____

_____

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes  ☒ No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _____

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: NONE — only excessive bail hearing with court appointed attorney

(b) At arraignment and plea: NONE   TIM MAHER — who stated that "these charges should never have

(c) At trial: NONE   been brought to court"

(d) At sentencing: N/A

(e) On appeal: N/A

(f) In any post-conviction proceeding: N/A
-8-

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_N/A_

## Timeliness of Petition:

26. If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

See Attached memordum jurisdiction matters and failure of prosecutor to notify and intentual tolling to remove any future civil relief

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on _____April 12th, 2024_____ (month, day, year).

Executed (signed) on _____April 12th, 2024_____ (date).

_____
Signature of Petitioner (required)

Petitioner's current address: __PO Box 690662__
__Killeen, TX 76549__
email: L.StarBuy@yahoo.com

-10-